# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Hon. Joseph A. Dickson, U.S.M.J. |
| DELSHAWN LOWERY | : Mag. No. 20-8332 |

I, Daniel J. Shim, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the U.S. Department of Justice, Federal Bureau of Investigation, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

_____  8/14/2020
Daniel J. Shim, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
August 14, 2020, Essex County, New Jersey
Authorized telephonically pursuant to Fed. R. Crim. P. Rule 4.1(b)(2)(A)

Honorable Joseph A. Dickson          J. Dickson   8/14/2020
United States Magistrate Judge       Signature of Judicial Officer

## ATTACHMENT A

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

On or about December 28, 2019, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**DELSHAWN LOWERY**,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce two firearms, namely: an Aero Precision X15 AR-15 semi-automatic rifle, bearing serial number M4-0095597, and a Glock Model 22, .40 caliber semi-automatic handgun, bearing serial number MYT807.

In violation of Title 18, United States Code, Section 922(g)(1).

## **ATTACHMENT B**

I, Daniel J. Shim, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On or about December 28, 2019, Delshawn Lowery ("LOWERY") entered an indoor shooting range in Passaic County, New Jersey ("Shooting Range").

2. LOWERY rented two firearms, namely: (1) an Aero Precision X15 AR-15 semi-automatic rifle, bearing serial number M4-0095597 ("Firearm-1"); and (2) Glock Model 22, .40 caliber semi-automatic handgun, bearing serial number MYT807 ("Firearm-2").

3. LOWERY also purchased the following ammunition: (1) two boxes of PMC 223 Remington; and (2) one box of Remington UMC .40 caliber ammunition.

4. While at the Shooting Range, LOWERY possessed Firearm-1 and Firearm-2.

5. While at the Shooting Range, LOWERY possessed and discharged Firearm-1.

6. Prior to LOWERY's possession of Firearm-1 and Firearm-2 in New Jersey on or about December 28, 2019, Firearm-1 and Firearm-2 were manufactured outside the State of New Jersey and thus moved in, and affected interstate commerce.

7. On or about February 3, 2012, LOWERY was convicted in Superior Court of New Jersey, Passaic County of resisting arrest, in violation of N.J.S.A. 2C:29-2a(2), a crime which he knew was punishable by imprisonment for a term exceeding one year.

8. On or about May 23, 2014, LOWERY was convicted in Superior Court of New Jersey, Passaic County of possession with the intent to distribute a controlled dangerous substance, in violation of N.J.S.A. 2C:35-5b(12), a crime which he knew was punishable by imprisonment for a term exceeding one year.

9.  On or about November 19, 2015, LOWERY was convicted in Superior Court of New Jersey, Passaic County of aggravated assault, in violation of N.J.S.A. 2C:12-1b(2), a crime which he knew was punishable by imprisonment for a term exceeding one year.